UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| SALVADOR G. SALCEDO, | ) Case No. 1:13-cv-1411-SAB |
| | ) |
| Plaintiff, | ) ORDER ON STIPULATION TO EXTEND |
| | ) BRIEFING SCHEDULE |
| v. | ) |
| | ) (ECF No. 9) |
| CAROLYN W. COLVIN | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

On January 16, 2014, the parties filed a stipulation to extend time for service and filing of the administrative record. This request is granted, and the scheduling order is modified as follows:

1. The Commissioner shall file and serve a certified administrative record on or before **February 17, 2014**;

2. Plaintiff's confidential letter brief shall be served on or before **March 17, 2014**;

3. The Commissioner's confidential letter brief shall be served on or before **April 21, 2014**;

4. Any stipulation to remand the case shall be filed on or before **May 21, 2014**;

5. Plaintiff's opening brief shall be filed on or before **May 21, 2014**;

6. The Commissioner's responsive brief shall be filed on or before **June 23, 2014**; and

7. Plaintiff may file a reply brief on or before **July 8, 2014**.

IT IS SO ORDERED.

Dated:   **January 17, 2014**

UNITED STATES MAGISTRATE JUDGE